[Nos. 23341–6–I; 23342–4–I;    Division One.      December 13, 1990.]
23343–2–I; 23395–5–I;
23396–3–I; 23397–1–I.

*In the Matter of the Dependency of* R.N.

*In the Matter of the Dependency of* T.N.

*In the Matter of the Dependency of* W.N.

DELBERT NICHOLS, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

LINDA NICHOLS, *Appellant,* v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for King
County, Nos. 84–7–00588–1, 84–7–00590–2, 84–7–00591–1,
84–7–00588–1, 84–7–00590–2, 84–7–00591–1, Sharon S.
Armstrong, J., entered January 4, 1989. *Affirmed* by
unpublished opinion per Baker, J., concurred in by Schol-
field, J., and Ringold, J. Pro Tem.

[No. 9319–1–III.    Division Three.    December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. FERNANDO
SALAZAR DIAZ, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 88–1–50069–9, Albert J. Yencopal, J.,
entered May 11, 1988. *Affirmed* by unpublished opinion per
Shields, J., concurred in by Munson, C.J., and Green, J.

[No. 10164–9–III.    Division Three.    December 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN H.
ALBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 89–1–50060–3, Duane E. Taber, J.,
entered July 21, 1989. *Affirmed* by unpublished opinion per
Shields, J., concurred in by Munson, C.J., and Green, J.